VIOLET ZEFFER et al., Respondents, v. CITY OF YONKERS, Appellant.— Defendant appeals from a judgment entered upon the verdict of a jury in an action by plaintiff wife to recover damages for personal injuries, and by plaintiff

husband for medical expenses, property damage, and loss of services, caused by the negligence of the defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.